# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Charles Gresham, Jr. | : |
| | : |
| Debtor(s) | : NO.   22-10680 ELF |

## CERTIFICATE OF SERVICE

   I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of Debtor's Amended Chapter 13 Plan and Amended Schedule J were mailed either first class mail, postage prepaid or electronically on June 27, 2022 to the U.S. Trustee, Kenneth E. West, Trustee, Charles Gresham, Jr., Debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

6-27-22                                                            /s/    MICHAEL A. LATZES  
DATE                                                              MICHAEL A. LATZES, ESQUIRE  
                                                                   Attorney for Debtor