United States Bankruptcy Court
Eastern District of Pennsylvania

In re:      Case No. 22-10680-elf
Charles Gresham, Jr.      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jul 27, 2022     Form ID: 155     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Gresham, Jr., 6423 Saybrook Ave., Philadelphia, PA 19142-2320 |
| 14677134 | + | Maria D. Miksich, Esquire, KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Cen, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14687718 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14677135 | | Police & Fire Federal Credit Union, 901 Arch Street, Attn: Bankruptcy Dept., Philadelphia, PA 19107-2495 |
| 14683886 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14677138 | + | Shanita M. Price, 6423 Saybrook Ave., Philadelphia, PA 19142-2320 |
| 14677139 | + | Shanita Price, 6423 Saybrook Ave., Philadelphia, PA 19142-2320 |
| 14677143 | | US Bank NA Trustee for the PA Housing, Finance Agency, 211 N. Front Street, P.O. BOX 15057, Harrisburg, PA 17105-5057 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14691673 | | Email/Text: megan.harper@phila.gov | Jul 27 2022 23:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14677130 | | Email/Text: megan.harper@phila.gov | Jul 27 2022 23:49:00 | City of Philadelphia, Law Department - Tax Unit, 1401 John F. Kennedy Blvd., 5th Floor, Att'n: Bankruptcy Department, Philadelphia, PA 19102-1595 |
| 14677131 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2022 23:47:31 | Directv, LLC, by American InfoSource LP, 4515 N. Santa Fe Ave., Attn: Bankruptcy Dept., Oklahoma City, OK 73118-7901 |
| 14691401 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2022 23:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14677132 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2022 23:49:00 | Jefferson Capital Systems, LLC, P.O. BOX 7999, Attn: Bankruptcy Dept., Saint Cloud, MN 56302-9617 |
| 14678854 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:47:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14677133 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:47:31 | LVNV Funding, LLC is successors and, assigns of Bluestem Brands, Inc., Resurgent Capital Services, P.O. BOX 10587, Greenville, SC 29603-0587 |
| 14684526 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 27 2022 23:49:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14693451 | + | Email/Text: blegal@phfa.org | Jul 27 2022 23:49:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14689081 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2022 23:49:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14677136 | | Email/Text: bankruptcy@purchasingpower.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 155 | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| | | Jul 27 2022 23:49:00 | Purchasing Power, LLC, 1349 W. Peachtree St. NW, Suite 1100, Attn: Bankruptcy Dept., Atlanta, GA 30309-2956 |
| 14688687 | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2022 23:49:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14677137 + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 27 2022 23:57:50 | Regional Acceptance, 1200 E. Firetower Road, Attn: Bankruptcy Dept., Greenville, NC 27858-4196 |
| 14677140 | Email/Text: peritus@ebn.phinsolutions.com | Jul 27 2022 23:49:00 | Southern Auto Finance Company, c/o Peritus Portfolio Services II, LLC, P.O. BOX 141419, Attn: Bankruptcy Dept., Irving, TX 75014-1419 |
| 14677141 + | Email/Text: legal@gosafco.com | Jul 27 2022 23:49:00 | Southern Auto Finance Company, LLC, 6700 N. Andrews Ave., Suite 500, Attn: Bankruptcy Dept., Fort Lauderdale, FL 33309-2199 |
| 14677142 | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2022 23:47:31 | T-Mobile by American InfoSource, P.O. BOX 248848, Attn: f Bankruptcy Dept., Oklahoma City, OK 73124-8848 |
| 14677144 | Email/Text: megan.harper@phila.gov | Jul 27 2022 23:49:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Municipal Service Building, 1401 J.F.K. Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. LATZES | on behalf of Debtor Charles Gresham  Jr. efiling@mlatzes-law.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |

District/off: 0313-2      User: admin      Page 3 of 3
Date Rcvd: Jul 27, 2022      Form ID: 155      Total Noticed: 25

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charles Gresham, Jr.
      Debtor(s)                                     Chapter: 13

                                                     Bankruptcy No: 22−10680−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 26th of July 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                        Eric L. Frank
                                                        Judge ,
                                                        United States Bankruptcy Court

                                                                                  27 − 8
                                                                                Form 155