# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-10680-ELF

CHARLES GRESHAM, JR.

6423 SAYBROOK AVE

PHILADELPHIA, PA 19142

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CHARLES GRESHAM, JR.

    6423 SAYBROOK AVE

    PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    MICHAEL A LATZES ESQUIRE  
    1528 WALNUT STREET  
    STE 710  
    PHILA.,, PA 19102-

                                      /S/ Kenneth E. West  
Date: 2/1/2023                               _____  
                                      Kenneth E. West, Esquire  
                                      Chapter 13 Standing Trustee