UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 13 BANKRUPTCY
    Charles Gresham, Jr.                    :
        Debtor                             :
                                           : NO.  22-10680 ELF
U.S.Bank National Association (Trustee    :
for the Pennsylvania Housing Finance      :
Agency, Pursuant to a Trust Indenture Dated  :
as of April 1, 1982)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Debtor's Answer to

U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency,

Pursuant to a Trust Indenture Dated as of April 1, 1982) has been served upon the following

parties by mailing such copies by first class, postage prepaid or by electronic means on February

14, 2023, to the following:

Frederic J. Baker, Asst. U.S. Trustee      Kenneth E. West, Trustee
Office of the United States Trustee        P.O. BOX 40837
Robert NC Nix, Sr. Federal Building     Philadelphia, PA 19107
900 Market St., Suite 320
Philadelphia, PA 19107


Denise Carlon, Esquire             Charles Gresham
KML Law Group, P.C.             6423 Saybrook Ave.
701 Market Street, Suite 5000       Philadelphia, PA 19142
Philadelphia, PA 19106-1532


  2-14-23              /s/ MICHAEL A. LATZES
    Date                Michael A. Latzes, Esquire
                          1528 Walnut St., Suite 710
                          Philadelphia, PA 19102
                          (215) 545-0200