*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles Gresham, Jr.
    Debtor(s)

Case No: 22–10680–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

\*\*RESCHEDULED TIME ONLY\*
Motion for Relief from Stay re: 6423 Saybrook Avenue, Philadelphia, PA 19142. , Filed by U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) Represented by DENISE ELIZABETH CARLON (

on: 3/14/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/2/23

Timothy B. McGrath
Clerk of Court

40 – 33
Form 167