*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles Gresham, Jr.
    Debtor(s)

Case No: 22–10680–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled \*\*
Motion to Dismiss Case for Failure to Make Plan Payments Filed by KENNETH E. WEST Represented by KENNETH E. WEST

on: 4/13/23

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/2/23

Timothy B. McGrath
Clerk of Court

41 – 30
Form 167