IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Charles Gresham, Jr.** | **:** |
| | **:** |
| **Debtor(s)** | **: NO.  22-10680 MDC** |

## CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice, Motion to Modify and Abate and Proposed Order were served either by first class mail, postage prepaid or electronically on April 12, 2023 to Kenneth West, Trustee, United States Trustee, all attorneys of record, debtor, Charles Gresham, Jr. and all creditors listed on the Claim's Register.

 4-12-23                                                                          /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                                                                  MICHAEL A. LATZES, ESQUIRE
                                                                                              Attorney for Debtor