**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Charles Gresham, Jr.** | **:** |
| | **:** |
| **Debtor(s)** | **: NO.   22-10680 MDC** |

**O R D E R**

**AND NOW, this            day of                          ,2023, upon the debtor's Motion to Modify and Abate the Chapter 13 Plan post confirmation**;

**AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,**

**IT is hereby Ordered that debtor's Motion to Modify and Abate the Chapter 13 Plan is hereby Granted**.
.

**BY THE COURT:**

_____

**J.**