### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Charles Gresham, Jr. | : |
| | : |
| Debtor(s) | : NO.  22-10680 MDC |

### O R D E R

AND NOW, this 18th day of May ,2023, upon the debtor's Motion to Modify and Abate the Chapter 13 Plan post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby Ordered that debtor's Motion to Modify and Abate the Chapter 13 Plan is hereby Granted.

.

BY THE COURT:

_____  J.
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge