UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Charles Gresham, Jr. | : |
| | : |
|    Debtor(s) | : NO.   22-10680 djb |

### CERTIFICATION OF NOTICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for the Debtor in the above-captioned matter, hereby certifies that the Notice, Motion to Modify and Abate Third Amended Chapter 13 Plan and Amended Schedule J were served on October 27, 2025, on all creditors ,by Court- generated ECF notice and/or served a copy by first class mail, to the following:

| | |
|---|---|
| Frederic J. Baker, Esquire<br>Asst. U.S. Trust | ECF Notice and e-mail<br>USTPRegion03.PH.ECF@usdoj.gov |
| Kenneth E. West, Trustee | Kwest@ph13trustee.com |
| Matthew K. Fissel, Esquire<br>Attorney for U.S. Bank National Assoc. | matthew.fissel@brockandscott.com |
| Denise E. Carlon, Esquire<br>Attorney for PA Housing Finance | bkgroup@kmllaw.group.com |
| Pamela Elchert Thurmond, Esquire<br>Attorney for the City of Philadelphia | pamela.thurmond@phila.gov |
| Megan Harper, Esquire<br>Attorney for City of Philadelphia | Megan.harper@phila.gov |

**The following creditors were sent the Motion to Modify by first class mail:**

    LVNV Funding, LLC
    Resurgent Capital Services
    P.O. Box 10587
    Greenville, SC 29603-0587

    Police and Fire Federal Credit Union
    One Greenwood Square
    3333 Street Road
    Bensalem, PA 19020

    NPRTO North-East, LLC
    256 West Data Drive
    Draper, UT 84020

    Quantum3 Group LLC as agent for
    Genesis FS Card Services Inc.
    P.O. 788
    Kirkland, WA 98083-0788

    Premier Bankcard, LLC
    Jefferson Capital Systems, LLC, Assignee
    P.O. Box 7999
    Saint Cloud, MN 56302-9617

    PHFA
    211 North Front Street
    Harrisburg, PA 17101

    Charles Gresham, Jr.
    6423 Saybrook Ave.
    Philadelphia, PA 19142-2320


**10-29-25**                                              **/s/ MICHAEL A. LATZES**
                                                      **MICHAEL A. LATZES, ESQUIRE**
                                                      **Attorney for Debtor**

**1528 Walnut Street, Suite 710**
**Philadelphia, PA 19102**
**(215) 545-0200**
**Attorney I.D. 34017**