IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Charles Gresham, Jr.** | : |
| | : |
| **Debtor(s)** | : NO.   22-10680 djb |

<u>AMENDED MOTION TO MODIFY CHAPTER 13 PLAN AND ABATE PLAN PAYMENTS</u>

Debtor, Charles Gresham, Jr., by his attorney Michael A. Latzes, Esquire, hereby applies to modify his Chapter 13 Plan.

1. Debtor filed under Chapter 13 of the Bankruptcy Code a petition on March 18, 2022.

2. Debtor's first amended plan was confirmed on July 26, 2022 and the second amended plan was approved on May, 18, 2023.

3. Debtor has fallen behind making his mortgage payments ($1,173.40) (as stipulated and approved by Order of Court dated October 24, 2025), and trustee payments ($3,908.00) due to the need to replace the roof of his home, a property that is necessary for debtor's effective reorganization. (Copy of home repair bill is attached hereto and marked as Exhibit "A")  (Copy of most recent trustee report is attached hereto and marked as Exhibit "B")

4. This unforeseen financial expense, now satisfied allows the Debtor to expend all of his available income to stay current with his mortgage and trustee payments.

5. The Third Amended Plan shall provide for a supplemental attorney fee of $1,200.00. Debtor's counsel will be filing contemporaneously with this motion a supplemental fee application, for this Court's approval.

6. Debtor proposes to roll the mortgage arrears, abate the trustee arrears and include the post-confirmation attorney fees all into the Third Amended Plan, as per the Order to Modify. ($34,680.00 paid for the first 43 months and paying $1,400.00 per month for the following 17 months starting in November, 2025) (The third amended plan and amended Schedule J are attached hereto and marked as Exhibit "C" and "D")

WHEREFORE, Debtor requests that this Honorable Court grant his Motion to Modify and Abate the Chapter 13 past due plan payments.

    /s/ MICHAEL A. LATZES, ESQUIRE
MICHAEL A. LATZES, ESQUIRE
1528 Walnut Street, Suite 710
Philadelphia, PA   19102
(215) 545-0200