UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Charles Gresham, Jr. | : |
| | : |
| Debtor(s) | : NO.  22-10680 djb |

CERTIFICATION OF NO OBJECTION OR RESPONSE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that he filed a Supplemental Application for Counsel Fees with the Clerk of the United States Bankruptcy Court and sent notice via first class mail or electronically on October 29, 2025, to the trustee, U.S. Trustee, Debtor, all parties listed on the Claim's Register and all attorney's who entered their appearance.

Counsel certifies that more than twenty-one  (21) days have elapsed since the serving of said notice and  there have been no answer, objection or other responsive pleadings filed in the above- referenced case and therefore requests that this court award supplemental attorney compensation of $1,200.00.

| | |
|---|---|
| 11-21-2025 | /s/    MICHAEL A. LATZES |
| Date | MICHAEL A. LATZES, ESQUIRE |
| | 1528 Walnut Street, Suite 710 |
| | Philadelphia, PA   19102 |
| | (215) 545-0200 (Phone) |
| | (215) 546-5269 (Fax) |