UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Charles Gresham, Jr. | : |
| Debtor(s) | : NO.  22-10680 djb |

CERTIFICATION OF NO OBJECTION OR RESPONSE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that he filed a Motion to Modify and Abate Chapter 13 Plan on October 29, 2025, and sent notice via first class mail or electronically on October 29, 2025, to the trustee and all interested parties.

Counsel certifies that more than twenty-one  (21) days have elapsed since the serving of said notice and  there have been no answer, objection or other responsive pleadings filed in the above- referenced case and therefore grant his Motion to Modify and Abate Chapter 13 Plan.

| | |
|---|---|
| 11-21-2025 | /s/    MICHAEL A. LATZES |
| Date | MICHAEL A. LATZES, ESQUIRE |
| | 1528 Walnut Street, Suite 700 |
| | Philadelphia, PA   19102 |
| | (215) 545-0200 (Phone) |
| | (215) 545-0668 (Fax) |