UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
| Charles Gresham, Jr. | : |
| Debtor | : |
| | : NO.  22-10680 djb |

## **O R D E R**

**AND NOW,** this _____ day of _____, 2025, upon the Debtor's Supplemental Application for Compensation for Services Performed After Confirmation of Chapter 13 Plan;

**AND**, upon the Debtor's certification that all parties in interest were served with the application and there are no objections thereto and with the consent of the Chapter 13 Trustee,

**IT** is hereby Ordered that Debtor's Supplemental Application for Compensation for Services Performed After Confirmation of Chapter 13 Plan is hereby Granted, awarding Applicant One Thousand Twelve Hundred ($1,200.00) Dollars in compensation is hereby **APPROVED.**

BY: _____
JUDGE DEREK J. BAKER

**Date: November 24, 2025**