# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                : CHAPTER 13
    Charles Gresham, Jr.                  :
                                                      :
    Debtor(s)                                  : NO.  22-10680 djb

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (Document #  78 , the "Motion");

IT is hereby Ordered that

1. The Motion is granted; and

2. The Modified Plan (doc #  83  ) is approved.

.

BY THE COURT:

DATE:

_____
J.