**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Charles Gresham, Jr.** | **:** |
| | **:** |
| **Debtor(s)** | **: NO.   22-10680 djb** |

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed

Chapter 13 Plan (Document #   78  , the "Motion");

IT is hereby Ordered that

1.  The Motion is granted; and

2.  The Modified Plan (doc #   83  ) is approved.

.

**BY THE COURT:**


_____

Judge Derek J. Baker

**DATE:**   December 5, 2025