United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                           Case No. 22-10680-djb

Charles Gresham, Jr.                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                 Page 1 of 3
Date Rcvd: May 14, 2026                       Form ID: pdf900                             Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Gresham, Jr., 6423 Saybrook Ave., Philadelphia, PA 19142-2320 |
| 14677134 | + | Maria D. Miksich, Esquire, KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Cen, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14687718 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14677138 | + | Shanita M. Price, 6423 Saybrook Ave., Philadelphia, PA 19142-2320 |
| 14677139 | + | Shanita Price, 6423 Saybrook Ave., Philadelphia, PA 19142-2320 |
| 14677143 | | US Bank NA Trustee for the PA Housing, Finance Agency, 211 N. Front Street, P.O. BOX 15057, Harrisburg, PA 17105-5057 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 15 2026 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2026 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | May 15 2026 00:29:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14691673 | Email/Text: megan.harper@phila.gov | May 15 2026 00:29:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14677130 | Email/Text: megan.harper@phila.gov | May 15 2026 00:29:00 | City of Philadelphia, Law Department - Tax Unit, 1401 John F. Kennedy Blvd., 5th Floor, Att'n: Bankruptcy Department, Philadelphia, PA 19102-1595 |
| 14677131 | + Email/PDF: ebn_ais@aisinfo.com | May 15 2026 00:31:58 | Directv, LLC, by American InfoSource LP, 4515 N. Santa Fe Ave., Attn: Bankruptcy Dept., Oklahoma City, OK 73118-7901 |
| 14691401 | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2026 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14677132 | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2026 00:29:00 | Jefferson Capital Systems, LLC, P.O. BOX 7999, Attn: Bankruptcy Dept., Saint Cloud, MN 56302-9617 |
| 14678854 | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2026 00:31:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14677133 | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2026 00:32:08 | LVNV Funding, LLC is successors and, assigns of Bluestem Brands, Inc., Resurgent Capital Services, P.O. BOX 10587, Greenville, SC 29603-0587 |
| 14684526 | + Email/Text: ecfbankruptcy@progleasing.com | | |

| | | | May 15 2026 00:29:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
|---|---|---|---|---|
| 14693451 | + | Email/Text: blegal@phfa.org | May 15 2026 00:29:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14677135 | | Email/Text: bankruptcy1@pffcu.org | May 15 2026 00:28:00 | Police & Fire Federal Credit Union, 901 Arch Street, Attn: Bankruptcy Dept., Philadelphia, PA 19107-2495 |
| 14683886 | + | Email/Text: bankruptcy1@pffcu.org | May 15 2026 00:28:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14689081 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2026 00:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14677136 | | Email/Text: bankruptcy@purchasingpower.com | May 15 2026 00:29:00 | Purchasing Power, LLC, 1349 W. Peachtree St. NW, Suite 1100, Attn: Bankruptcy Dept., Atlanta, GA 30309-2956 |
| 14688687 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2026 00:28:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14677137 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 15 2026 00:42:24 | Regional Acceptance, 1200 E. Firetower Road, Attn: Bankruptcy Dept., Greenville, NC 27858-4196 |
| 14677140 | | Email/Text: peritus@ebn.phinsolutions.com | May 15 2026 00:29:00 | Southern Auto Finance Company, c/o Peritus Portfolio Services II, LLC, P.O. BOX 141419, Attn: Bankruptcy Dept., Irving, TX 75014-1419 |
| 14677141 | + | Email/Text: legal@gosafco.com | May 15 2026 00:28:00 | Southern Auto Finance Company, LLC, 6700 N. Andrews Ave., Suite 500, Attn: Bankruptcy Dept., Fort Lauderdale, FL 33309-2204 |
| 14677142 | | Email/PDF: ebn_ais@aisinfo.com | May 15 2026 00:32:08 | T-Mobile by American InfoSource, P.O. BOX 248848, Attn: f Bankruptcy Dept., Oklahoma City, OK 73124-8848 |
| 14677144 | | Email/Text: megan.harper@phila.gov | May 15 2026 00:29:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Municipal Service Building, 1401 J.F.K. Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                              Signature:        /s/Gustava Winters

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: May 14, 2026                       Form ID: pdf900                               Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL A. LATZES | on behalf of Debtor Charles Gresham  Jr. efiling@mlatzes-law.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
    CHARLES GRESHAM JR

                                Bankruptcy No. 22-10680-DJB

                Debtor

## ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 14, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge